UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DARRYL TERRELL,

        Defendant.
_____/

Case No: 17-cr-20053-2

Hon. Stephen J. Murphy, III

## STIPULATION TO ADJOURN SENTENCING

Defendant Darryl Terrell is not willing to waive his appearance and desires to have a sentence in person when possible. The Court remains closed due to the COVID-19 pandemic. The parties agree to adjourn the sentencing from January 21, 2021, for at least 90 days to a date set by the Court in the accompanying order.

        So stipulated.

*s/ Andrea Hutting*
Andrea Hutting
Assistant United States Attorney

*s/ W. Otis Culpepper* (with consent)
W. Otis Culpepper
Attorney for Defendant Terrell

Dated: November 30, 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Case No: 17-cr-20053-2

        Hon. Stephen J. Murphy, III

DARRYL TERRELL,

        Defendant.
_____/

## ORDER ADJOURNING SENTENCING

The Court, having reviewed the parties' request to adjourn the sentence currently set for January 21, 2021, orders that the sentencing in this matter be adjourned to April 22, 2021 at 10:30 a.m.

        SO ORDERED.

Dated: December 1, 2020

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Court Judge